IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL LAYNE ODOM, ) | |
| ID # 154143, ) | |
| Petitioner, ) | |
| vs. ) | No. 3:22-CV-2098-D |
| ) | |
| 439TH JUDICIAL DISTRICT ) | |
| COURT, et al., ) | |
| Respondents. ) | |

**ORDER**

After reviewing all relevant matters of record in this case, including the October 25, 2022 findings, conclusions, and recommendation of the United States Magistrate Judge and the November 8, 2022 objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, by separate judgment, any habeas claims in the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, received on August 29, 2022, are dismissed for failure to exhaust administrative remedies, and any civil claims are dismissed without prejudice to seeking relief in Civil Action No. 3:22-CV-1934-B. The (Emergency) Motion for Partial Summary Judgment received on October 4, 2022 is denied.

A certificate of appealability is not required to appeal the denial of relief under 28 U.S.C. § 2241. *See Padilla v. United States*, 416 F. 424, 425 (5th Cir. 2005). If petitioner files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma*

*pauperis* and a properly signed certificate of inmate trust account.

**SO ORDERED**.

November 21, 2022.

                                                    SIDNEY A. FITZWATER  
                                                  SENIOR JUDGE